PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOHN E. HEDRICK,<br><br>                              Defendant. | CASE NO.  1:16-MJ-00007-SAB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 7, 2016 AT 10:00 A.M. |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert,

Acting United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, and defendant,

John E. Hedrick, and his counsel, Larry M. Lee, hereby stipulate as follows:

        1.        This matter was set for a status conference on June 2, 2016.

        2.        The defense attorney will be unable to attend the status conference due to a scheduling

conflict.

        3.        The parties have been engaging in plea negotiations and anticipate coming to an

agreement by July 7th.

        4.        By this stipulation, the parties now move to continue the status conference until July 7,

2016 at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  June 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *KATHERINE A. PLANTE*
KATHERINE A. PLANTE
Special Assistant United States
Attorney

Dated:  June 1, 2016

/s/ *Larry M. Lee*
LARRY M. LEE
Defendant's Attorney

**ORDER**

For good cause appearing, this Court continues the status conference scheduled for June 2, 2016 to **July 21, 2016 at 10:00 a.m.**   The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **June 1, 2016**

UNITED STATES MAGISTRATE JUDGE