# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN E. HEDRICK,<br><br>        Defendant. | Case No. 1:16-mj-00007-SAB<br><br>ORDER TO REFUND DEFENDANT OVERPAYMENT OF SPECIAL ASSESSMENT |

On January 22, 2016, a criminal complaint was filed in this action. (ECF No. 1.) Pursuant to a plea agreement, the Court ordered Defendant John E. Hedrick to pay a fine of $1,200.00 and a special assessment of $25.00. (ECF Nos. 9, 10.) On July 21, 2016, Defendant paid $1,225.00. However, the special assessment for the offenses in this instance should have been $10.00. Accordingly, IT IS HEREBY ORDERED that John E. Hedrick be refunded $15.00 of the special assessment paid to the Court on July 21, 2016.

IT IS SO ORDERED.

Dated: __**July 22, 2016**__

                                                    UNITED STATES MAGISTRATE JUDGE