# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-mj-00007-SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| JOHN E. HEDRICK, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Section 4.23(a)(2) of Title 36, Code of Federal Regulations

**Sentence Date:** July 21, 2016

**Review Hearing Date:** May 18, 2017

**Probation Expires On:** July 21, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,225.00 which Total Amount is made up of a Fine: $ 1,200.00 Special Assessment: $ $25 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $  per month by the  of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete First-time DUI offender program approved by the California Department of Motor Vehicles and serve a twelve (12) month unsupervised probation.

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,225.00
☐ If not paid in full when was last time payment:   Date: 7/21/2016
                                                    Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Completed First-time DUI offender program on 12/15/2016, proof of completion filed 05/02/2017

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

/s/ MICHAEL G. TIERNEY          May 17, 2017

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2017 at 10:00 a.m. Choose an item.

   ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 5/17/2017                    /s/ LARRY M. LEE
                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 17, 2017**

UNITED STATES MAGISTRATE JUDGE